# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                        Case No.:06–10771–jal
James H. Roberts and
Marsha L. Roberts

                                              Chapter: 7
                    Debtor(s)                 Judge: Joan A. Lloyd

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order Granting United States Trustee Motion To Reopen Case (Related Doc # 20). The United States Trustee to appoint a trustee in this case. Entered on 3/4/2019. (Allen, A)

Dated: 3/4/19

                                              FOR THE COURT
By: aa                                        Elizabeth H. Parks
Deputy Clerk                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:
James H. Roberts
Marsha L. Roberts
        Debtors

Case No. 06-10771-jal
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0644-1        User: aallen        Page 1 of 1        Date Rcvd: Mar 04, 2019
                           Form ID: 266        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db/jdb         +James H. Roberts,   Marsha L. Roberts,   1271 Pelly Lane,   Columbia, KY 42728-9009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
          Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
          Christopher M. Hill    on behalf of Creditor   AMC Mortgage Services, Inc., as loan servicer for
           Ameriquest Mortgage Company chrish@hillslaw.com,   tinariggs@hillslaw.com
          James R. Laramore    on behalf of Creditor   Campbellsville National Bank jrlaramore@bellsouth.net,
           brenick@bellsouth.net
          Mark H. Flener    mark@Flenerlaw.com,   ky11@ecfcbis.com;deanna@flenerlaw.com
          Tim  Ruppel    on behalf of US Trustee Charles R. Merrill ustpregion08.lo.ecf@usdoj.gov,
           tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com
                                                                         TOTAL: 5