UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

JAMES H. ROBERTS
    Debtor

AND                                                                              Case No. 06-10771
                                                                            Chapter 7

MARSHA L. ROBERTS
    Debtor

## NOTICE OF NON-REPRESENTATION

Notice is hereby given that the undersigned no longer represents Campbellsville National Bank as a Creditor in the above-referenced case.

This 25th day of March, 2019.

                                                 /s/ James R. Laramore
                                                 Hon. James R. Laramore
                                                 P O Box 1926
                                                 Bowling Green, KY 42102-1926