UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES ROBERTS ) | |
| MARSHA ROBERTS ) | |
| ) | CASE NO. 06-10771 |
| DEBTOR(S) ) | |

## MOTION FOR APPROVAL OF SETTLEMENT

The Trustee, Mark H. Flener moves the Court to enter an order approving settlement of debtor's products liability action involving multi-district litigation involving manufacturer of a medical device.   In support hereof, Trustee states that the settlement of debtor's products liability action has been approved in the multi-district litigation whereby the gross settlement amount of $400,000.00.

Trustee seeks approval of payments as set forth in the disbursement sheet, attached hereto as Exhibit "A". The settlement fund administrator, appointed to oversee disbursement on this settlement, pay directly $20,146.49 in costs, $163,244.02 in attorney fees, $,9,859.56 for a 3rd party loan, and medical liens in the amount of $14,269.42.  After these payments, the settlement fund trustee shall disburse $200,590.56 to the Trustee.

**WHEREFORE** the Trustee moves the Court to approve the settlement of the products liability action involving multi-district litigation and payment due debtor and/or debtor's estate as set forth on the disbursement sheet attached as Exhibit "A".

This 25th day of November, 2019.

/s/ Mark H. Flener_____

        Mark H. Flener, Chapter 7 Trustee
1143 Fairway Street, Suite 101
P.O. Box 8
Bowling Green, KY 42102-0008
Telephone: (270)783.8400
Facsimile: (270)783.7782
Email: mark@flenerlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was served this November 25, 2019, by either electronic filing or by placing same in the United States Mail, postage prepaid, addressed to all scheduled creditors and to the following:

Hon. Charles Merrill
601 W. Broadway, Suite 512
Louisville, KY 40202

Hughes and Coleman
c/o Archer Systems, LLC
1775 St. James Place, Suite 200
Houston, TX 77056

Neblett, Beard & Arsenault
c/o Archer Systems, LLC
1775 St. James Place, Suite 200
Houston, TX 77056

The Drakulich Firm
c/o Archer Systems, LLC
1775 St. James Place, Suite 200
Houston, TX 77056

Parker Waichman LLP
c/o Archer Systems, LLC
1775 St. James Place, Suite 200
Houston, TX 77056

        */s/ Mark H. Flener*
        Mark H. Flener
        Chapter 7 Trustee